**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

FRANCISCO RUELAS-BARTOLO,

Defendant.

CASE NO.: 4:26-cr-107

**ORDER**

The Court **GRANTS** the United States' Emergency Motion to stay Defendant Francisco Ruelas-Bartolo's release on bond which was Ordered by Magistrate Judge Alex G. Tse in the Northern District of California on October 19, 2026. (Doc. 126.)

The United States' Motion provides that Magistrate Judge Tse afforded a brief stay of release until October 21, 2026, at 11:00 AM PDT, but the United States requests this Court enter a further stay of the Defendant's release until such time as the Court rules on a motion the United States intends to file requesting revocation of Magistrate Judge Tse's Order of Pretrial Release. (Id.) The Court has the authority to stay Judge Tse's release order until it rules on the Government's request for revocation. See United States v. Salazar-Andujo, 599 F. Supp. 3d 491 (W.D. Tex. 2022).

Based on the request of the United States and the information currently available, the Court must conduct "a careful review of the pleadings and the evidence developed at [Judge Tse's] detention hearing, . . . [and] determine [whether Judge Tse's] factual findings are supported and [whether Judge Tse's] legal conclusions are correct." United States v. King, 849 F.2d 485, 490 (11th Cir. 1988). After that review, the Court will determine whether a hearing is necessary to

receive additional evidence or resolve any factual issues. Id. at 490-91. For the Court to carefully review the pleadings and evidence developed before Judge Tse, a record of the detention hearing in the Northern District of California, San Francisco Division, Case No. 3:26-mj-71343-MAG, must be received and filed in the present case. Therefore, the Court **ORDERS** the United States to obtain an official transcript of the detention hearing held before Magistrate Judge Tse and file it on the record of this case. Within two business days from receipt of the transcript, the Government shall file its Motion to Revoke. Upon receipt of a Motion to Revoke, the Court will appoint counsel for Defendant, unless retained counsel has entered an appearance, and will set a briefing schedule.

The Defendant shall remain detained in the custody of the United States Marshal in his current district of confinement until further Order of the Court. The Clerk of Court shall ensure the United States Marshal Service receives a copy of this Order, and the United States Marshal Service shall ensure that Defendant receives a copy of this Order.

**SO ORDERED**, this 21st day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA